IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                            CASE NO. 1:05-cr-00017-MP-AK

MICHAEL DEALLO MCLEOD,

    Defendant.
_____/

## O R D E R

This matter is before the Court on Doc. 182, Defendant's Motion to Continue Sentencing. In his motion, the defendant requests that his sentencing hearing be continued for forty-five days in order to permit him to fulfill his plea and cooperation agreement with the Government. The Government joins in this motion. After considering the matter, defendant's motion is granted. Defendant's sentencing hearing is hereby rescheduled for Thursday, May 25, 2006, at 10:00 a.m.

**DONE AND ORDERED** this _3rd_ day of March, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge