IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  **CASE NO. 1:05-cr-00017-MP-AK**

MICHAEL DEALLO MCLEOD,

   Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 335, Motion to Continue Sentencing, filed by Defendant McLeod. Defendant McLeod is scheduled to testify as part of his cooperation agreement with the Government, and because that trial has been continued, Defendant requests a continuance in his sentencing so that the Government may evaluate his cooperation. The Government does not object. After considering the matter, the motion is granted. Accordingly, the sentencing date of Defendant McLeod, currently set for February 1, 2007, is hereby continued to Thursday, March 22, 2007, at 2:00 p.m.

    **DONE AND ORDERED** this  *24th* day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
